## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| RASHELL RUFF AND SHAWN RUFF,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and JOHN DOE,<br><br>Defendants. | Cause No: CV 20-63-BLG-SPW<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 8), and for good cause being shown,

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**, the parties each to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that the preliminary pretrial conference set for Monday, July 6, 2020 at 1:00 p.m. and all deadlines associated therewith are **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 4th day of June, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge